UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. Jihad Marshall   Mag. No. 17-3579   SBI: 696992E**

------------------------------------------------------------------------------------

P E T I T I O N   F O R
W R I T   O F   H A B E A S   C O R P U S

1. Jihad Marshall is now confined at Hudson County Correctional Facility, 35 Hackensack Avenue, South Kearny, New Jersey 07032.
2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge, **on Monday, December 11th, 2017, at 11:00 a.m., for a Plea Hearing.**

A Writ of Habeas Corpus should be issued for that purpose.

DATED:   December 6, 2017

SAMMI MALEK
ASSISTANT U.S. ATTORNEY

------------------------------------------------------------------------------------

O R D E R

Let the Writ Issue.

DATED:   Dec. 7, 2017

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

------------------------------------------------------------------------------------

W R I T   O F   H A B E A S   C O R P U S

The United States of America to the Hudson County Correctional Facility, South Kearny, New Jersey

WE COMMAND YOU that you have the body of

**JIHAD MARSHALL**

now confined at the Hudson County Correctional Facility, South Kearny, New Jersey, be brought before the United States District Court, the Hon. Susan D. Wigenton, Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on Monday, December 11th, at 11:00 a.m., so that he may appear for a **PLEA HEARING** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: December 7, 2017

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
Deputy Clerk