## ORDER

Let the Writ Issue.

DATED: March 23, 2018

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Hudson County Correction Facility

WE COMMAND YOU that you have the body of

JIHAD MARSHAL, SBI Number 696992E

in the custody of the Hudson County Correctional Facility brought to the United States District Court, MLK Jr. Bldg. & U.S. Courthouse, Room 5C, Newark, New Jersey, before the Hon. Susan D. Wigenton, on Tuesday, March 27, 2018, at 3:00 p.m., for Sentencing, in the above-captioned case in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: 3/23/18

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Carmen D. Soto_
Deputy Clerk