UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Crim. No. 17-530 (SDW) |
| v. | : | **ORDER** |
| JIHAD MARSHALL | : | |
| Defendant. | : | |

Defendant having filed a letter requesting a copy of the transcripts of his Sentencing hearing held on 3/27/18 [Dkt. # 27];

IT is this 22nd day of October, 2018,

**ORDERED** that a copy of the transcripts be provided to defendant and CJA funds be utilized for this purpose.

Susan D. Wigenton, U.S.D.J.