**PROB 12A**
**(6/21)**

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jihad Marshall

Cr.: 17-00530-001
PACTS #: 3759043

Name of Sentencing Judicial Officer: THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/27/2018

Original Offense: Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 33 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Life Skills Counseling, Educational Services, Search/Seizure, Other Condition, Place Restriction Area, Gang Associate/Member, Gang Restriction Court Ordered, Drug Treatment, Substance Abuse Testing, Alcohol Restrictions, Mental Health Treatment

Type of Supervision: Supervised Release — Date Supervision Commenced: 01/11/2024

---

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On January 19, 2024, Mr. Marshall reported to our office and submitted a urinalysis, which yielded positive for marijuana. Mr. Marshall subsequently admitted to smoking marijuana the day before. He signed a drug admission form. |

U.S. Probation Officer Action:

Mr. Marshall was verbally reprimanded for smoking marijuana. Our office will increase the amount of random urine samples collected to ensure discontinued use of any illicit substances.

The U.S. Probation Office is respectfully requesting no Court action be taken at this time. We will continue to closely monitor this matter and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

01/25/2024

KEVIN M. VILLA Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer

January 25, 2024

Date